**INTERNATIONAL CITY BANK AND
TRUST COMPANY et al.**

No. 52937.

Nov. 16, 1972.

Application denied. We find no error of law in the judgment of the Court of Appeal.

HAMLIN, J., is of the opinion that the application should be granted. See C.C.P. Art. 5051.

SANDERS, J., is of the opinion that a writ should be granted, being of the opinion that a cause of action is stated justifying a trial on the merits.

268 So.2d 257

**Lucille B. DUFRENE et al.**

**v.**

**Martin MILLER et al.**

No. 52936.

Nov. 16, 1972.

Application denied. On the facts found by the Court of Appeal, we find no error of law in its judgment.